| DIST/OFFICE | DOCKET NUMBER | | FILING DATE | | | J | N/S | O | R | R 28 | DEMAND $ | JUDGE | JURY DEM. | DOCKET | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YR. | NUMBER | MO | DAY | YEAR | | | | | | OTHER NUMBER | | | YR. | NUMBER |
| 425 | 2 | 76 | 0580 | 10 | 2 | 76 | 3 | 530 | 1 | | | X | 5 | | 76 | 0580CH |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA, ex rel. LEONARD W. WILLIAMS | C. D. EPPERLY, as Sheriff of Fayette, County, West Virginia |

### CAUSE

28:2241 and 1343(3) and (4): To seek discharge from state custody in violation of the 6th and 14th amendments.

### ATTORNEYS

Daniel F. Hedges, Esquire
1116-B Kanawha Blvd., East
Charleston, West Virginia

J. Zane Summerfield
Fayette County Prosecuting Attorney
Fayetteville, WV 25840

| | | FILING FEES PAID | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| [x] CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 1/75)

CA 76-0580CH    LEONARD W. WILLIAMS   vs.  C. D. EPPERLY, as Sheriff of Fayette County, W. Va.

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1976 10-2 | 1 | Filed Petition and complaint, issued summons and copy ret. 20 days |
| 10-2 | 2 | Filed Motion for leave to proceed in forma pauperis |
| 10-2 | 3 | Filed Affidavit in application to proceed in forma pauperis |
| 10-2 | 4 | Order, directing that petitions be filed and petitioner permitted to proceed in forma pauperis, Report and Recommendation to be filed and approved; Respondent to file answer on or befor 10-13-76<br>CC to petitioner's appointed attorney; C. D. Epperly and Zane Summerfield, Prosecuting Atty. for Fayette Cty. |
| 10-2 | 5 | Filed Report and Recommendation of U. S. Magistrate |
| Oct 14 | 6 | FILED:  Answer of respondent |
| Oct 13 | | RECEIVED:  Pltff's memorandum of points and authorites in support of petition for habeas corpus and declaratory relief |
| Oct 18 | 7 | FILED:  US Marshal's return |
| Nov 1 | 8 | FILED:  Report & Recommendation of US Magistrate |
| Nov 1 | 9 | ORDER:  Issued write of habeas corpos, evidentiary hrng be held, US Marshal to serve writ forthwith,                                                                    Copenhaver<br>CC and copy of report & recommendation to Hedges, to respondent and to prosecuting attorney of Fayette Cpnnty |
| Nov 4 | | FILED:  Courtreporter's notes of 11/4/76     (Bratton) |
| Nov 8 | 10 | FILED:  US Marshal's return on writ |
| 1977 Feb 7 | 11 | ORDER:  Petitioner released from respondent's custody, petitioner's prayer for injunctive and declaratory relief denied, action dismissed  CLOSED  Copenhaver<br>CC to counsel of record |